UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE LEWIS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GREYSTAR CALIFORNIA, INC., d/b/a GREYSTAR,<br><br>Defendant. | Case No.: 24-cv-1619-DMS-MSB<br><br>**ORDER DISMISSING CASE** |

Pending before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice. (ECF No. 3). Good cause shown, the Court hereby **DISMISSES** this case without prejudice.

**IT IS SO ORDERED.**

Dated: December 16, 2024

Hon. Dana M. Sabraw, Chief Judge
United States District Court